**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**ROGER W. TITUS**　　　　　　　　　　　　　　　　　　　　　　　　　　　　6500 CHERRYWOOD LANE
**UNITED STATES DISTRICT JUDGE**　　　　　　　　　　　　　　　　　　　　GREENBELT, MARYLAND    20770
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　301-344-0052

## M E M O R A N D U M

TO:　　　　　Counsel of Record

FROM:　　　Judge Roger W. Titus

RE:　　　　　*United States of America v. Charles Koplow*
　　　　　　　Criminal Action No. RWT-09-570

DATE:　　　March 25, 2010

* * * * * * * * *

　　　Defendant Charles Koplow has requested in a letter dated March 19, 2010 that the pre-trial release condition of electronic monitoring be removed and that all other conditions remain in effect. Neither the Pretrial Services Officer nor the Government oppose Defendant's request.

　　　Accordingly, the Court shall remove the condition of electronic monitoring but order that all other pre-trial release conditions, including a daily curfew from 8:00 p.m. to 7:00 a.m., remain in effect.

　　　Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　　　Roger W. Titus
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge